1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
       Telephone: (909) 796-4560
4      Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net

6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 PATRICIA DOTSON,                    )    No.  EDCV 09-1682 FFM
11                                     )
12     Plaintiff,                      )    [PROPOSED] ORDER AWARDING
                                       )    EAJA FEES
13     v.                             )
14                                     )
   MICHAEL J. ASTRUE,                  )
15 Commissioner Of Social Security,    )
16                                     )
17     Defendant.                      )

18
       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
   THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the
21
   terms of the stipulation.
22
       DATE:  March 8, 2011     /S/ FREDERICK F. MUMM
23
                                HON. FREDERICK F. MUMM
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                -1-